## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

EBONY KELLEY,

     Plaintiff,

v.                                                                    Case No. 8:23-cv-1162-WFJ-SPF

ALLEGIANT AIR, LLC d/b/a
Allegiant Airlines,

     Defendant.

_____/

## <u>ORDER GRANTING MOTION IN PART</u>

This matter comes before the Court upon the Plaintiff's Motion to Enforce Court Order, Dkt. 43, and Defendant's Response.  Dkt. 47.

Plaintiff should have moved for an extension of time to review the Judge Flynn-compelled documents prior to responding to Allegiant's summary judgment motion.  In any event, the Court filed the unredacted documents (Bates DEF 0337–0477) here under seal, available for the parties' view only.  They contain privacy issues worthy of sealing.

     **ORDERED**:

          1) These sealed documents may be used for this litigation <u>only</u>.  They may not be copied or disseminated in any way.  They are "attorney's eyes only."  The Court will enforce this Order.

2) Plaintiff may file a surreply to Defendant's motion for summary judgment. This is due within 21 days. Limit the grounds to matters germane to these documents and to the present causes of action. Do not exceed ten pages. Defendant may file a response of similar length within 14 days thereafter.

3) Plaintiff's motion to enforce, Dkt. 43, is granted in part.

**DONE AND ORDERED** at Tampa, Florida, on July 16, 2024.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of record