# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

EBONY KELLEY,

    *Plaintiff,*                      CASE No.: 8:23-cv-01162-WFJ/SPF

ALLEGIANT AIR, LLC,

    *Defendant.*

_____/

## NOTICE OF APPEAL

Plaintiff Ebony Kelley ("Plaintiff") hereby gives notice that she appeals to the United States Court of Appeals for the Eleventh Circuit the "Order" (ECF No. 74) granting Defendant Allegiant Air, LLC's Motion for Summary Judgment and Incorporated Memorandum of Law (ECF No. 33), entered by the District Court on October 22, 2024 with respect to all counts, and the related "Final Judgment" (ECF No. 77) for Defendant and against Plaintiff, entered October 23, 2024.

Dated: November 19, 2024              Respectfully submitted,

                                                   By: */s/ Christopher S. Prater*
                                                         **Christopher S. Prater**
                                                         Florida bar No.: 105488
                                                         cprater@pollardllc.com
                                                         **Jonathan E. Pollard**
                                                         Florida Bar No.: 83613
                                                         jpollard@pollardllc.com
                                                         **Pollard PLLC**
                                                         401 E. Las Olas Blvd., #1400
                                                         Fort Lauderdale, FL 33301
                                                         Telephone: 954-332-2380
                                                         Facsimile: 866-594-5731
                                                         *Attorneys for Plaintiff/Appellant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF to all counsel of record in this action on November 19, 2024.

By: */s/ Christopher S. Prater*
Christopher S. Prater
