UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EBONY KELLEY,

    *Plaintiff,*     CASE No.: 8:23-cv-01162-WFJ/SPF

ALLEGIANT AIR, LLC,

    *Defendant.*

_____/

**PLAINTIFF'S RESPONSE IN OPPOSITION AND OBJECTION TO DEFENDANT'S MOTION TO TAX COSTS AND MEMORANDUM OF LAW**

Plaintiff files this response in opposition to and objections to Defendant's Motion to Tax Costs and Memorandum of Law (D.E. 81) ("**Motion**") as follows:

**MEMORANDUM OF LAW**

The Motion follows the entry of an order granting summary judgment (D.E. 74) and final judgment (Dkt. 77) in favor of Defendant. Plaintiff has appealed those orders and maintains that Defendant will ultimately not be entitled to any costs. Dkt. 82. The Motion seeks to tax costs in the amount of $3,746.30. Motion at 1.

    ***A. The Motion Should be Denied or Stayed Pending the Appeal***

Plaintiff requests that this Court exercise its discretion deny, without prejudice, and/or stay Defendant's Motion pending a resolution of her appeal. *Pub. Risk Mgmt. of Florida v. Munich Reinsurance Am., Inc.*, 2021 WL 4393291, at *1 (M.D. Fla. July 9, 2021) ("Rather than stay the matter, the appropriate resolution is denial without prejudice and, to the extent necessary, leave for Defendant to either renew its motion

as is or to submit a supplemental motion following appeal.") (citing *Regions Bank v. Legal Outsource PA*, 2017 WL 11461033, at *1 (M.D. Fla. Apr. 27, 2017) ("This Court's practice is to deny motions for attorney's fees without prejudice when a matter has been appealed.")); *see also Belize Telecom, Ltd. v. Gov't of Belize*, 528 F.3d 1298, 1310 (11th Cir. 2008) ("[W]e leave for the district court to determine whether a stay or a hearing on costs and fees is appropriate, given the pending appeal[.]"). The court has discretion to deny a motion for fees and costs without prejudice with leave to re-file after the appeal has concluded. *See* Fed. R. Civ. P. 54(d) advisory committee's note to 1993 amendment (providing that "[i]f an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under (d)(2)(B) a new period for filing after the appeal has been resolved");

This is because judicial economy militates in favor of pausing the cost issue until the appeal is ruled upon. *See, e.g., Pinto v. Rambosk*, 2021 WL 4263404, at *2 (M.D. Fla. Sept. 20, 2021) ("Notably, courts routinely defer ruling on motions for attorney's fees and costs pending appeal in the interest of judicial economy.") (collecting cases); *see also Hess v. Coca-Cola Refreshments USA, Inc.*, 2016 WL 99567, at *1 (M.D. Fla. Jan 8, 2016) ("Immediate resolution of the collateral issues of taxable costs and attorneys' fees and costs is unlikely to assist the Court of Appeals, and attorneys' fees and costs are often resolved in appellate mediation.").

### B. The Motion Seeks to Tax Costs Incurred for the Convenience of Counsel.

Finally, even if the Court rejects all of the foregoing, Defendant seeks certain

costs that were incurred "merely for the convenience of counsel" and are not recoverable. *Miller v. Allstate Prop. & Cas. Ins. Co.*, 2020 WL 4750888, at *3 (M.D. Fla. Aug. 17, 2020) (quoting *Kearney Constr. Co. v. Travelers Cas. & Surety Co. of Am.*, 2019 WL 3208445, at *5 (M.D. Fla. June 28, 2019); *Velez v. Sprint/United Mgmt. Co.*, 2021 WL 1553934, at *4 (M.D. Fla. Mar. 30, 2021), *report and recommendation adopted*, 2021 WL 1546133 (M.D. Fla. Apr. 20, 2021). ("The fees for condensed transcripts, exhibits, litigation support package, and processing and handling, absent explanation from Defendant, are also not taxable costs.") (collecting cases).

Plaintiff objects to taxation of the following specific costs sought by Defendant:

- **Condensed Transcript Fees**
    - D.E. 81-1 at 6 (Invoice INV2671514) contains three (3) $20.00 charges for "CONDENSED TRANSCRIPT[s]" in addition to the $171.60, $331.50, and $206.70 charges for the "TRANSCRIPT[s]".
    - **Total: $60.00**

- **Exhibit Fees**
    - D.E. 81-1 at 5 (Invoice No. 10994) contains a $73.00 charge for "Exhibits Scanned – 146 Pages."
    - D.E. 81-1 at 6 (Invoice INV2671514) contains a $78.00 charge for "E-EXHIBITS B&W COPY"
    - **Total: $151.00**

## CONCLUSION

Plaintiff requests that the Motion be denied or stayed pending the appeal of in Defendant's favor. If this is rejected, Plaintiff requests that the costs sought be reduced as described above, in an amount totaling $211.00.

Dated: 11/19/2024                                                         Respectfully submitted,

By: /s/ *Christopher S. Prater*
**Christopher S. Prater**
Florida Bar No.: 105488
cprater@pollardllc.com
**Jonathan Pollard**
Florida Bar No.: 83613
jpollard@pollardllc.com
**Pollard PLLC**
401 E. Las Olas Blvd., Ste. 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 332-2380
Fax: (866) 594-5731
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 11/19/2024, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

By: /s/ *Christopher S. Prater*
Christopher S. Prater